United States Bankruptcy Court for the:

Eastern District of Texas

Case number (If known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Kodiak Excavation and Utilities, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  61-1755663

4. **Debtor's address**

   **Principal place of business**
   4000 N White Chapel Blvd
   Number    Street

   Southlake    TX    76092
   City         State  ZIP Code

   Denton County
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __Kodiak Excavation and Utilities, LLC_____    Case number (if known)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
__2389__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY
        District _____  When _____  Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor __Oryx Oilfield Services, LLC_____  Relationship __Affiliate_____
        District __Eastern District of Texas__  When _____
                                                         MM / DD / YYYY
        Case number, if known _____

Debtor  Kodiak Excavation and Utilities, LLC                              Case number (*if known*)_____
        Name

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>       Number      Street<br>_____<br>_____<br>City                                      State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☑ 1-49         ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☑ $0-$50,000         ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  Kodiak Excavation and Utilities, LLC  
Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2024  
MM / DD / YYYY

✗ /s/ Matthew J. Mahone          Matthew J. Mahone  
Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

✗ /s/ Frank Wright          Date  07/12/2024  
Signature of attorney for debtor       MM / DD / YYYY

Frank Wright  
Printed name  
Law Offices of Frank J. Wright, PLLC  
Firm name  
1800 Valley View Lane 250  
Number  Street  
Farmers Branch          TX     75234  
City           State  ZIP Code

214-238-4153          frank@fjwright.law  
Contact phone          Email address

22028800          TX  
Bar number          State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Debtor _____  Case number (*if known*)_____
First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

**Oryx Oilfield**            **Eastern District**
**Holdings, LLC**            **of Texas**

**Kodiak Trenching &**       **Eastern District**
**Boring, LLC**              **of Texas**

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**Fill in this information to identify the case:**

Debtor name: Kodiak Excavation and Utilities, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Georgia Department of Revenue / Tax Payer Services Division<br>PO BOX 740321<br><br>Atlanta, GA, 30374 | | Taxes & Other Government Units | | | | 1,394,510.99 |
| 2 | Cumming Construction Management, Inc<br>25220 Hancock Ave<br>Suite 440<br>Murrieta, CA, 92562 | | Suppliers or Vendors | | | | 151,362.97 |
| 3 | Texas First Rentals<br>PO Box 650869<br><br>Dallas, TX, 75265 | | Suppliers or Vendors | | | | 140,638.69 |
| 4 | Sunbelt Rentals<br>PO Box 409211<br><br>Atlanta, GA, 30384 | | Suppliers or Vendors | | | | 73,709.97 |
| 5 | Tractor & Equipment<br>PO BOX 12326<br><br>Birmingham, AL, 35202-2326 | | Suppliers or Vendors | | | | 62,097.57 |
| 6 | Netcom<br>3150 Premier Dr.<br>Suite 116<br>Irving, TX, 75063 | | Suppliers or Vendors | | | | 27,267.59 |
| 7 | Ramey & Flock<br>100 East Ferguson St.<br>Suite 500<br>Tyler, TX, 75702 | | Services | | | | 606.00 |
| 8 | Thompson Pipegroup<br>800 CR 209<br><br>Dallas, TX, 76009 | | Suppliers or Vendors | | | | 0.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor   Kodiak Excavation and Utilities, LLC                                   Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Holt Cat<br>2000 E Airport Freeway<br><br>Irving, TX, 75062 | | Suppliers or Vendors | | | | 0.00 |
| 10 | Gulf Coast Grouting, Inc<br>PO Box 1149<br><br>Huffman, TX, 77336-11494 | | Suppliers or Vendors | | | | 0.00 |
| 11 | Carson Law Group, PLLC<br>125 S Congress St<br>#1336<br>Jackson, MS, 39201 | | Services | | | | 0.00 |
| 12 | Gray Reed<br>1300 Post Oak Boulevard<br>Suite 2000<br>Houston, TX, 77056 | | Services | | | | 0.00 |
| 13 | First Midwest Equipment Finance Co.<br>520 N Cass Ave.<br><br>Westmont, Il, 60559 | | Monies Loaned / Advanced | | | | 0.00 |
| 14 | Internal Revenue Service<br>PO BOX 145595<br>MC 8420G<br>CINCINNATI, OH, 45250 | | Taxes & Other Government Units | | | | 0.00 |
| 15 | Georgia Department of Labor<br>148 Andrew Young International Blvd NE Suite 752<br>Atlanta, GA, 30303 | | Taxes & Other Government Units | | | | 0.00 |
| 16 | Georgia Department of Labor<br>19 Felton Place<br><br>Cartersville, GA, 30120 | | Taxes & Other Government Units | | | | 0.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

BTH Bank
6657 OLD JACKSONVILLE HIGHWAY
TYLER, TX 75703

Carson Law Group, PLLC
125 S Congress St
Jackson, MS 39201

Cowin Equipment
5710 Riverview Road SE
Mableton, GA 30126

Cumming Construction Management, Inc
25220 Hancock Ave
Suite 440
Murrieta, CA 92562

First Midwest Equipment Finance Co.
520 N Cass Ave.
Westmont, Il 60559

Georgia Department of Labor
19 Felton Place
Cartersville, GA 30120

Georgia Department of Labor
148 Andrew Young International Blvd
NE Suite 752
Atlanta, GA 30303

Georgia Department of Revenue / Tax Payer Ser
PO BOX 740321
Atlanta, GA 30374

Gray Reed
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

Gulf Coast Grouting, Inc
PO Box 1149
Huffman, TX 77336-11494

Holt Cat
2000 E Airport Freeway
Irving, TX 75062

Internal Revenue Service
PO BOX 145595
MC 8420G
CINCINNATI, OH 45250

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Komatsu Financial Limited Partnership
1701 GOLF RD
STE 1-300
ROLLING MEADOWS, IL 60008

Netcom
3150 Premier Dr.
Suite 116
Irving, TX 75063

Office of the US Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

Ramey & Flock
100 East Ferguson St.
Suite 500
Tyler, TX 75702

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Texas Comptroller of Public Accounts
111 E. 17th St
Austin, TX 78774

Texas First Rentals
PO Box 650869
Dallas, TX 75265

The Hanover Insurance Company
440 Lincoln St
Worcester, MA 01653

Thompson Pipegroup
800 CR 209
Dallas, TX 76009

Tractor & Equipment
PO BOX 12326
Birmingham, AL 35202-2326

U.S. Department of Labor
525 S. Griffin St.
Suite 707
Dallas, TX 75202

United States Bankruptcy Court
Eastern District of Texas

In re: Kodiak Excavation and Utilities, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/12/2024

/s/ Matthew J. Mahone
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor